UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>RULE 45 SUBPOENA ISSUED to the NEW YORK STATE DEPARTMENT OF FINANCIAL SERVICES,<br><br>Regarding the United States District Court for the Northern District of Georgia, Atlanta Division case<br><br>FRED PONDER,<br>                              Plaintiff,<br><br>             vs.<br><br>OCWEN LOAN SERVICING, LLC, ET. AL.,<br>                              Defendants. | Misc. Case No.: 1:19-MC-236<br><br>(Pending in the United States District Court for the Northern District of Georgia, Atlanta Division, Case No. 1:16-CV-04125-ODE-LTW) |

## NOTICE OF MOTION TO QUASH SUBPOENA

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law dated May 3, 2019, and upon all other papers and proceedings heretofore filed and had herein, Defendant Ocwen Loan Servicing, LLC ("Ocwen"), will hereby move this Court at a time and place to be set by this Court, or as soon as counsel can be heard, for an order: (i) denying and quashing, pursuant to Federal Rule of Civil Procedure 45(d)(3), the Subpoena served by Plaintiff Fred Ponder on Ocwen and the New York State Department of Financial Services ("DFS") in connection with Fred Ponder v. Ocwen Loan Servicing, LLC; et al., 1:16-CV-04125-ODE-LTW, a case now pending in the United States District Court for the District of Georgia, Atlanta Division; and (ii) awarding Ocwen such other an further relief as the court deems just and proper.

Dated: May 3, 2019
    New York, NY

**LOCKE LORD LLP**

By: */s/ Robert H. King*
    Robert H. King
    Brookfield Place
    200 Vesey Street, 20th Floor
    Tel: (212) 912-2727
    Email: robert.king@lockelord.com