*EXHIBIT "1" CM/ECF Entry of Judge Linda T. Walker's Order*

## King, Robert

| | |
|---|---|
| **From:** | ganddb_efile_notice@gand.uscourts.gov |
| **Sent:** | Tuesday, July 16, 2019 3:10 PM |
| **To:** | CourtMail@gand.uscourts.gov |
| **Subject:** | Activity in Case 1:16-cv-04125-ODE-LTW Ponder v. Ocwen Loan Servicing, LLC et al Order on Motion for Protective Order |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**The Court is now live on NextGen CM/ECF. To continue e-filing, all registered attorneys must have an individual, upgraded PACER account. In addition, attorneys who registered for e-filing in this court prior to April 15, 2019, must link their individual, upgraded PACER account to their legacy CM/ECF account. Details may be found on our [website](website).**

## U.S. District Court

## Northern District of Georgia

### Notice of Electronic Filing

The following transaction was entered on 7/16/2019 at 3:09 PM EDT and filed on 7/16/2019
**Case Name:**     Ponder v. Ocwen Loan Servicing, LLC et al
**Case Number:**   [1:16-cv-04125-ODE-LTW](1:16-cv-04125-ODE-LTW)
**Filer:**
**Document Number:** 158(No document attached)

**Docket Text:**
**ORDER granting [112] Motion for Protective Order. Signed by Magistrate Judge Linda T. Walker on July 16, 2018. (LTW)**


**1:16-cv-04125-ODE-LTW Notice has been electronically mailed to:**

Alex Michael Barfield     alex.barfield@stantonlawllc.com, admin@stantonlawllc.com

Elizabeth J. Campbell     ecampbell@lockelord.com, Cynthia.Smith@lockelord.com

John Michael Kearns     john.kearns@lockelord.com, cynthia.smith@lockelord.com

John Philip Webb     jwebb@smithwelchlaw.com, adavis@smithwelchlaw.com

1

Mary Alexander Myers       mamyers@jonesday.com, jlaborde@jonesday.com, rreynolds@jonesday.com

Miranda Noel Hanley        mhanley@smithwelchlaw.com

Orion Gregory Webb         owebb@smithwelchlaw.com, smcguire@smithwelchlaw.com

Uchenna Ekuma-Nkama (Terminated)      uchenna.ekuma-nkama@dentons.com, angela.monroe@dentons.com, docket.general.lit.atl@dentons.com, lurlene.milner@dentons.com

**1:16-cv-04125-ODE-LTW Notice has been delivered by other means to:**