USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 05-13-2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: RULE 45 SUBPOENA ISSUED TO THE NEW YORK STATE DEPARTMENT OF FINANCIAL SERVICES,

Regarding the United States District Court for the Northern District of Georgia, Atlanta Division case

FRED PONDER,

    Plaintiff,

v.

OCWEN LOAN SERVICING LLC, ET AL.,

    Defendant.

19-MC-236 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On July 24, 2019, the Court noted that Defendants' motion for a protective order in the underlying litigation was granted, and accordingly directed Plaintiff to inform the Court, no later than August 7, 2019, of any reasons why it would not be appropriate to close this case. Plaintiff did not respond to that order, and no party has made any submissions since then. Accordingly, this proceeding shall be and hereby is closed. The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated:    May 13, 2021
           New York, New York

_____
RONNIE ABRAMS
United States District Judge